IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 MAY -2 PM 4:43

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

EQUAL EMPLOYMENT OPPORTUNITY )
COMMISSION,                  )
                             )
         Applicant,          )   CIVIL ACTION NO.
                             )
    v.                       )   05mc.019-D
                             )
SOMMER AVENUE BOOKS, INC.,   )   ORDER TO SHOW CAUSE
                             )
         Respondent.         )
_____)

The Equal Employment Opportunity Commission has filed an Application for an Order to Show Cause why a certain subpoena *duces tecum* should not be enforced. Subpoena No.250-A5-29 was served on Respondent pursuant to Section 710 of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-9 on March 10, 2005, in the investigation of Charge No. 250-2004-04361. The Commission having duly served the subpoena upon Respondent, and Respondent having failed to comply within the period designated in the subpoena, it is hereby

ORDERED that Respondent appear on the 9th day of June, 2005, at 9:30 a.m. in Courtroom 5, United States Courthouse, 167 N. Main Street, Memphis, Tennessee, and show cause why it should not be compelled to comply with the subpoena issued to it; it is further

ORDERED that Respondent be served with a copy of this Order to Show Cause, with the Application on which the Order is based and

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-4-05

the Memorandum in Support, on or before the ___9th___ day ___May___, 2005; and it is further

ORDERED that Respondent must file and serve its answer to the Application no later than the ___1st___ day of ___June___, 2005.

DATED: ___May 2, 2005___

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

2

CERTIFICATE OF SERVICE

I certify that I have this date served a copy of **Application for Order to Show Cause Why a Subpoena Should Not Be Enforced, Memorandum in Support**, and proposed **Order** to the following counsel of record and agent for service of process:

> Michael F. Pleasants
> Pleasants Law Firm
> Winchester Building
> 8 South Third Street, Suite 200
> Memphis, Tennessee 38103

Mar 25, 2005
Date

Celia S. Liner

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-MC-00019 was distributed by fax, mail, or direct printing on May 4, 2005 to the parties listed.

---

Celia S. Liner
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Michael F. Pleasants
PLEASANTS LAW FIRM
8 S. Third St.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT