IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) Plaintiff, ) ) v. ) ) SOMMER AVENUE BOOKS, INC., ) ) Defendant. ) ) | CIVIL ACTION NO. 05-mc-019 dkv |

### ORDER

Before this Court is Plaintiff's Motion to Dismiss the above-styled action filed March 25, 2005,(Docket No. 1) seeking subpoena enforcement action. Because Respondent has substantially complied with the administrative subpoena and has produced documents to Plaintiff, Plaintiff's Motion is GRANTED. Accordingly, this matter is hereby DISMISSED.

SO ORDERED THIS 8th DAY OF October, 2005.

DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-MC-00019 was distributed by fax, mail, or direct printing on October 12, 2005 to the parties listed.

---

Celia S. Liner
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Michael F. Pleasants
PLEASANTS LAW FIRM
8 S. Third St.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT